252

STADLER ET AL., EXECUTORS *v.* STATE BOARD
OF EQUALIZATION OF CALIFORNIA.

No. 797. Decided March 8, 1965.

*Theodore W. Russell* and *R. Y. Schureman* for appellants.

*Thomas C. Lynch,* Attorney General of California, *Dan Kaufman,* Assistant Attorney General, and *Neal J. Gobar,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.